FILED
5:20-cv-451-Oc-39PRL

2020 SEP 18 AM 11:36

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA, FLORIDA

**PETITION UNDER 28 USC §2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| Lowell Correctional Institution | Prisoner Number: 158942 |

| Tonisha Crowell | v. | Mark Inch, Secretary Florida Dept. Of Corrections |

The Attorney General of the State of FLORIDA, Ashley Moody

**PETITION REQUESTING TOLLING OF TIME TO FILE 28 USC §2254 for WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY DUE TO COVID-19 PANDEMIC IN THE STATE PRISON**

**COMES NOW**, the Petitioner, <u>Tonisha Crowell</u>, pro so, a prisoner under the authority of the Florida Department of Corrections, specifically, Lowell Correctional Institution-Annex. Petitioner seeks this Honorable Court's ability to toll the time for her to file a proper 28 USC §2254 Writ of Habeas Corpus By A Person in State Custody and in support of this petition, she would humbly state the following:

1. Since March 24, 2020 due to the COVID19 pandemic, the Florida Prisons have been under strict regulations to adhere to "social distancing" and other CDC guidelines with regard to the virus.
2. At the time of this decision, the Lowell CI Annex Law Library did not have a supervisor, and temporary staff members were instructed to oversee the general operations of the law library, ie. Security.
3. The inmate law library at Lowell Correctional Institution-Annex restricted all inmate access to "20 day or less Court ordered" deadlines, only. If you did not have a *document* from the Court stating you had "20 days or less" to satisfy a deadline, you were denied access to the law library, as the temporary staff set in place to oversee the law library were not well versed in matters of the law and what did or did not qualify as a "Court ordered" deadline.
4. Since this restriction was set in place, the Petitioner has not had access to the law library to obtain assistance from a certified law clerk as temporary staff did not see the AEDPA timeframe, per the Florida Rules of Court, as a *"verifiable Court ordered 20 day or less deadline"*.
5. Prior to the restrictions of inmate access to the law library, the Petitioner was obtaining assistance from a certified law clerk, in filing her Rule 3.850 Motion for Post Conviction Relief.
6. In order to satisfy the timeframe under AEDPA guidelines, the Petitioner was required to have her Rule 3.850 Motion filed on or by October, 2020. However, she could not obtain access to the law library in order to complete said Motion.
7. On or around <u>July, 2020,</u> Lowell CI-Annex went on a complete lockdown due to the virus, and all dormitories were medically quarantined and medically isolated. No inmate movement was permitted.

1

8. On <u>August 19, 2020,</u> Lowell CI Administration granted access to the certified law clerks to return to work in the law library, to assist via internal correspondence, with general population and their legal deadlines. Thus, this petition has been conceived.
9. At the present, a certified law clerk is assisting the Petitioner with her Rule 3.850 Motion, with the hope of having the motion completed and filed by the end of <u>December, 2020.</u>
10. Petitioner is seeking the mercy of this Court to toll the AEDPA timeframe extended for her in this extenuating circumstance, to file her 28 USC §2254 WRIT OF HABEAS CORPUS FOR PERSON IN STATE CUSTODY.

WHEREFORE, the Petitioner prays this Honorable Court to grant this Petition and any other relief it deems just and proper.

Respectfully Submitted,

*/s/ T. Crowell 158942*
Tonisha Crowell  DC #158942
Lowell CI- Annex
11120 NW Gainesville Road
Ocala, Florida 34482

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the following document has been furnished to the following, via United States Postal Service from Lowell Correctional Institution:

<u>United States District Court of Florida Middle District</u>
Golden-Collum Memorial Federal Building
207 N.W. Second St., Ste. 337, Ocala 34475

and

<s>Attorney General, State of Florida</s>
Ashley Moody
The Capitol PL-01
Tallahassee 32399-1050

PROVIDED TO:
LOWELL CORRECTIONAL ANNEX ON:
SEP 1 4 2020
BY: TLC   FOR MAILING

On ___14___ day of ___September___, 2020.

*/s/ 158942*
Tonisha Crowell, DC # 158942
Lowell CI Annex
11120 NW Gainesville Road
Ocala, Florida 34482

2

1120 N.W. Gainesville Rd
Ocala, Florida 34482

MAIL ORIGINATED AT
FLORIDA STATE
CORRECTIONAL INSTITUTION

SCREENED
BY USMS

16 SEP 2020 PM 4 L

United States District Court of Florida Middle District of
Golden-Collum Memorial Federal Building
207 N.W. Second St.
Ste. 337
Ocala, Florida 34475
34475-6668